```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 19-01609-RNO
Timothy Scott Fraley                                             Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: MMchugh              Page 1 of 1          Date Rcvd: Apr 17, 2019
                             Form ID: oraprins          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db             +Timothy Scott Fraley,    88 Bybrook Road,    Williamsport, PA 17701-1103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Scott Fraley,             Chapter     13

    **Debtor 1**

                        Case No.     4:19–bk–01609–RNO

### Order Approving Payment of Filing Fee in Installments

**IT IS HEREBY ORDERED** that Debtor 1 shall be required to pay the filing fee inclusive of the miscellaneous administrative fee and trustee fee surcharge in the total amount of **$ 310.00** in installments on the terms proposed in the application. The final payment must be made on or before **August 15, 2019** and before the entry of any Discharge Order, unless the Court extends the time to 180 days from the filing of the petition. Failure to either pay the fees on or before **August 15, 2019** or to file an objection on or before **August 22, 2019** will result in dismissal of the case without further notice. If a timely objection is filed, a hearing will be held.

**IT IS FURTHER ORDERED** that until the fees are paid in full, Debtor 1 shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Payments may be made by Money Order or in cash (exact amount only) at the Clerk's office.

Mailed payments must be by Money Order (no personal checks or cash) addressed to:

    **Address of the Bankruptcy Clerk's Office:**
    U.S. Bankruptcy Court
    197 S Main St, Wilkes–Barre, PA 18701 OR
    228 Walnut St,Rm320,Harrisburg, PA 17101
    570–831–2500/717–901–2800

Dated: April 17, 2019                                            By the Court,

                                                                         *[signature]*

                                                                     Honorable Robert N. Opel, II
                                                                       United States Bankruptcy Judge
                                                                       By: MMchugh, Deputy Clerk

oraprins(04/18)