

FILED      Wilkes-Barre, PA.
April 17, 2019
Clerk, U.S. Bankruptcy Court

RECEIVED WILKES BARRE PA

APR 17 '19

Clerk, U.S. Bankruptcy Court

4-19-01609

April 15, 2019

U.S. Bankruptcy Court
197 S. Main St.
Wilkes-Barre, PA 18701

Dear Sir or Ms.

I am enclosing the following documents in support of my re-application to file for
Chapter 13 Bankruptcy.

- Official From 121 – Statement About Social Security Number
- Official Form 101 – Voluntary Petition for Individuals Filing for Bankruptcy
  with a Certificate of Counseling attached
- An updated list of the names of my Creditors
- Official From103A – Application for Individuals to Pay the Filing Fee in
  Installments

In support of my Application I am providing the following information about my
recent past and current circumstances to explain why I was unable to complete the
application process last year.

Your records will show that I submitted a Chapter 13 Bankruptcy Application on
October 23, 2018. At that time I had just recovered from a 7 day hospitalization for
MRSA and was ready to resume work. However, two things happened that
completely derailed my plan.

- My follow-up blood work from my MRSA illness revealed that my platelets were
  dangerously low (about 1/3 of normal levels)
- My company was forced to close due to the loss of a key customer

Since that time I have undergone intensive treatment including weekly infusions to
increase my platelet count. These treatments were coupled with blood work and
other tests, which isolated the problem to my spleen, inhibiting the function of the
spleen in filtering blood as part of the immune system. The good news is that the
spleen can be removed by a low-risk surgery and through the infusions I have had,
my platelet count, while still significantly below normal, is now high enough to
proceed with this surgery. And my doctors are optimistic that once the surgery
takes place my overall health condition will return to normal and allow me to get
back to work. My final visit to confirm this is April 25th and, assuming no
complications, they will proceed with the surgery.

Concerning returning to work and being able to restructure and pay my mortgage
and other debts, I have two good job opportunities with companies that need my

expertise (fiberglass mold design and production). I also have a relative who is willing to move into my house and share the cost of my mortgage payments.

The last year or longer has been challenging for me, but I have managed to get by with the help of my children and other family members. I am looking forward to finding permanent employment to get my financial affairs in order as soon as possible.

I will gladly provide you with the names of my doctors and any other information you require to evaluate this application. Please advise.

Sincerely,

Timothy Scott Fraley
88 ByBrook Road
Williamsport, PA 17701
Tel. # 570 971 1062
e-mail: timfraley@gmail.com