In re:  
Timothy Scott Fraley  
    Debtor

Case No. 19-01609-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: MMchugh     Page 1 of 1     Date Rcvd: May 23, 2019  
                 Form ID: ntnew341     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.

| | | |
|---|---|---|
| db | | +Timothy Scott Fraley, 88 Bybrook Road, Williamsport, PA 17701-1103 |
| 5186985 | | +Deutsche Bank National Trust Company, Select Portfolio Services SPS, PO Box 65250, Salt Lake City, Utah 84165-0250 |
| 5186983 | | +Old Lycoming Area Authority, 1951 Green Ave., Williamsport, PA 17701-1582 |
| 5186981 | | +PPL Electric Utilities, 2 North 9th Street, Allentown, PA 18101-1179 |
| 5186987 | | +State Farm Insurance, 1965 Lycoming Creek Road, Williamsport, PA 17701-1294 |
| 5186980 | | +University of Pittsburg Medical Center UPMC, 700 High Street, Williamsport, PA. 17701-3100 |
| 5186982 | | +Verizon Wireless, 1931 E. 3rd St., Williamsport, PA 17701-3901 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
5186984        +E-mail/Text: g20956@att.com May 23 2019 19:05:30     AT&T, 2495 E. 3rd St, Williamsport, PA 17701-4080

                                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
5186986         Lycoming Cotifify Sheriff Case Number -14-1361

                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:  
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et al... bkgroup@kmllawgroup.com  
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                              TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Scott Fraley,

**Debtor 1**

Chapter 13

Case No. 4:19–bk–01609–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: July 1, 2019 |
|---|---|
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes–Barre, PA 18701 OR
228 Walnut St,Rm320,Harrisburg, PA 17101
570–831–2500/717–901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Date: May 23, 2019

ntnew341 (04/18)