```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 19-01609-RNO
Timothy Scott Fraley                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4      User: MMchugh            Page 1 of 1          Date Rcvd: Jun 21, 2019
                          Form ID: ntnew341        Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2019.
```
db              +Timothy Scott Fraley,    88 Bybrook Road,    Williamsport, PA 17701-1103
5186985         +Deutsche Bank National Trust Company,    Select Portfolio Services SPS,    PO Box 65250,
                  Salt Lake City, Utah 84165-0250
5186983         +Old Lycoming Area Authority,    1951 Green Ave.,    Williamsport, PA 17701-1582
5186981         +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
5186987         +State Farm Insurance,    1965 Lycoming Creek Road,    Williamsport, PA 17701-1294
5186980         +University of Pittsburg Medical Center UPMC,    700 High Street,    Williamsport, PA. 17701-3100
5186982         +Verizon Wireless,    1931 E. 3rd St.,    Williamsport, PA 17701-3901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5186984         +E-mail/Text: g20956@att.com Jun 21 2019 19:09:30      AT&T,    2495 E. 3rd St,
                  Williamsport, PA 17701-4080
5211428          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2019 19:22:09      Verizon,
                  by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 2

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5186986          Lycoming Cotifify Sheriff Case Number -14-1361
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy Scott Fraley,    Chapter    13

**Debtor 1**

Case No.    4:19−bk−01609−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: August 5, 2019 |
| --- | --- |
| | Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 21, 2019 |

ntnew341 (04/18)