# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY SCOTT FRALEY

       Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

TIMOTHY SCOTT FRALEY

       Respondent(s)

CHAPTER 13

CASE NO: 4-19-01609-RNO

## WITHDRAWAL OF MOTION TO DISMISS CASE

    Charles J. DeHart, III, Standing Chapter 13 Trustee, hereby requests that the Motion filed on May 6, 2019 be withdrawn due to having been filed in error or filed having used incorrect docketing procedure or incorrect information.

                                           RESPECTFULLY SUBMITTED,
                                           s/ Vickie Williams
                                           for Charles J. DeHart, III, Trustee
                                           8125 Adams Drive, Suite A
                                           Hummelstown, PA  17036
                                           Phone:  (717) 566-6097

Dated: June 24, 2019

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY SCOTT FRALEY

|  |  |
|---|---|
| Debtor(s) | |
| CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | CHAPTER 13 |
| TIMOTHY SCOTT FRALEY | CASE NO: 4-19-01609-RNO |
| Respondent(s) | |

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on June 24, 2019.

PRO SE
,

TIMOTHY SCOTT FRALEY
88 BYBROOK ROAD
WILLIAMSPORT, PA 17701

RESPECTFULLY SUBMITTED,

s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: June 24, 2019