June 23, 2019

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Timothy Scott Fraley, Case Number 19-01609, RNO

2019 JUL -5 PM 1:23

U.S. BANKRUPTCY COURT

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form with the court at the following address:

**U.S. Bankruptcy Court**
**197 S Main St, Wilkes-Barre, PA 18701 OR**
**228 Walnut St,Rm320,Harrisburg, PA 17101**

---

Undeliverable Address:
Lycoming Cotifify Sheriff Case Number -14-1361

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*Lycoming County Sheriff Case#-14-1361*
*Lycoming County Courthouse 48 West 3rd St.*
*Williamsport PA (7701)*

*6/29/19*

Signature of Debtor or Debtor's Attorney      Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please**

1

Tim Fraley
88 Brybrook Rd.
Wms. Pt, PA
17701

US Bankruptcy Court
228 Walnut St, Rm 320
Harrisburg, PA 17101

HARRISBURG PA 171
03 JUL 2019 PM 2 L
FOREVER
USA
Barn Swallow

17101-173795