```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01609-RNO
Timothy Scott Fraley                                                Chapter 13
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: MMchugh              Page 1 of 1             Date Rcvd: Aug 02, 2019
                              Form ID: pdf010            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
```
db             +Timothy Scott Fraley,    88 Bybrook Road,    Williamsport, PA 17701-1103
5186985        +Deutsche Bank National Trust Company,    Select Portfolio Services SPS,    PO Box 65250,
                 Salt Lake City, Utah 84165-0250
5186986        +Lycoming County Sheriff Case Number -14-1361,    Lycoming County Courthouse,    48 West 3rd St,
                 Williamsport PA 17701-6536
5186983        +Old Lycoming Area Authority,    1951 Green Ave.,    Williamsport, PA 17701-1582
5186981        +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1179
5186987        +State Farm Insurance,    1965 Lycoming Creek Road,    Williamsport, PA 17701-1294
5186980        +University of Pittsburg Medical Center UPMC,    700 High Street,    Williamsport, PA. 17701-3100
5186982        +Verizon Wireless,    1931 E. 3rd St.,    Williamsport, PA 17701-3901
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5186984        +E-mail/Text: g20956@att.com Aug 02 2019 19:11:35      AT&T,    2495 E. 3rd St,
                 Williamsport, PA 17701-4080
5215356         E-mail/Text: jennifer.chacon@spservicing.com Aug 02 2019 19:11:40
                 Deutsche Bank National Trust Company, as Trustee,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
5211428         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2019 19:12:54      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY SCOTT FRALEY

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

CASE NO: 4-19-01609-RNO

vs.

TIMOTHY SCOTT FRALEY

MOTION TO DISMISS WITH PREJUDICE

    Respondent(s)

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice for Failure to File Documents (Plan, 122C-1, and 122C-2), after hearing held on August 2, 2019, it is

ORDERED that the Motion is GRANTED and the above-captioned bankruptcy is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this District for a period of 180 days from the date of this Order without prior court order.

Dated: August 2, 2019

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (BI)